IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHARON BEAN and JOSH BEAN,[1] | § | |
| | § | |
| Petitioners Below, | § | No. 185, 2019 |
| Appellants, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF SERVICES FOR | § | File No. CN18-02025 |
| CHILDREN, YOUTH AND THEIR | § | Petition No. 18-06680 |
| FAMILIES (DSCYF) and DAISY | § | |
| ACKEN, | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | | |

Submitted: June 25, 2019
Decided: June 26, 2019

# **O R D E R**

When the appellants filed this appeal, they also filed a motion to proceed *in forma pauperis*. That motion was denied on May 14, 2019. On June 5, 2019, the Senior Court Clerk issued a notice, by certified mail, directing the appellants to show cause why this appeal should not be dismissed for their failure to pay the Supreme Court filing fee. On June 12, 2019, the Court received the certified mail receipt indicating that the notice to show cause had been delivered to the appellants. The appellants did not respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice